UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CAUSE NO.: 1:15-CR-33-HAB |
| KELLY CUSTER | |

**OPINION AND ORDER**

On September 3, 2019, this Court sentenced Defendant Kelly Custer to 63 months of imprisonment upon her conviction for conspiracy to commit wire fraud in violation of 18 U.S.C. § 1343. The Defendant has since written numerous letters to the Court [ECF Nos. 249, 251, 252, 254]. Defendant's husband has also submitted a letter [ECF No. 253]. As the Court stated previously in response to the Defendant's letter of October 10, 2019 [ECF No. 249], Defendant has not identified any statutory or other legal source by which she can obtain a new sentencing hearing [Opinion & Order, ECF No. 250].

The essence of her complaints remains the same, as do the limitations on the Court's ability to modify her sentence. *See* 18 U.S.C. § 3582(c). Accordingly, for the reasons stated in the Court's previous order, the Court DENIES Defendant's request for a hearing and appointment of new counsel and DENIES Defendant's request to postpone the date by which she must surrender to the Bureau of Prisons as directed by the Bureau of Prisons.

SO ORDERED on October 21, 2019.

    s/ *Holly A. Brady*
    JUDGE HOLLY A. BRADY
    UNITED STATES DISTRICT COURT